United States Bankruptcy Court
District of Nevada

In re:                                                                              Case No. 25-16501-abl
WENDY KATHLEEN REGGE                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                             User: admin                             Page 1 of 3
Date Rcvd: Oct 31, 2025                 Form ID: 309A                        Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WENDY KATHLEEN REGGE, 3929 NARROW CANYON STREET, LAS VEGAS, NV 89129-7807 |
| aty | + | RYAN E ALEXANDER, RYAN ALEXANDER, CHTD., 3017 W. CHARLESTON BLVD., STE 10, LAS VEGAS, NV 89102-1927 |
| 12760190 | + | DOUGLAS ROBERTS, c/o CALDER B. GABROY, ESQ., 1810 E. SAHARA AVENUE, 582, Las Vegas, NV 89104-3707 |
| 12760189 | + | DOUGLAS ROBERTS, c/o RYAN ALEXANDER, ESQ., RYAN ALEXANDER CHTD, 3017 W. CHARLESTON BOULEVARD, #10, Las Vegas, NV 89102-1927 |
| 12760191 | + | FIRST KEY HOMES, 5740 ARVILLE STREET, #212, Las Vegas, NV 89118-3070 |
| 12760192 | + | LAS VEGAS WATER DISTRICT, 1001 S. VALLEY VIEW BOULEVARD, Las Vegas, NV 89153-0001 |
| 12760193 | + | LAW OFFICES OF BRETT M. BORLAND, DEPT. #382, P.O. BOX #4115, Concord, CA 94524-4115 |
| 12760185 | + | LEWIS MALDONADO, US EPA REGION 9 BK CONTACT, OFFICE OF REGIONAL COUNSEL, ORC-3, 75 HAWTHORNE STREET, San Francisco, CA 94105-3920 |
| 12760206 | #+ | TROY RUSSEL CHIROPORACTOR, ADVANCE SPINE & REHABILITATION, 715 MALL RING CIRCLE, Henderson, NV 89014-6665 |
| 12760207 | + | VICKIE PATTILLO, 3929 NARROW CANYON STREET, Las Vegas, NV 89129-7807 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dmincin@mincinlaw.com | Nov 01 2025 00:25:00 | DAVID MINCIN, MINCIN LAW, PLLC, 7465 W. LAKE MEAD BOULEVARD, #100, LAS VEGAS, NV 89128 |
| tr | | EDI: BTFOX | Nov 01 2025 04:20:00 | TROY S. FOX, FOX, IMES AND CROSBY, LLC, 601 S. 10TH ST., SUITE 202, LAS VEGAS, NV 89101 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Nov 01 2025 00:26:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12760186 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 01 2025 00:38:04 | AFFIRM INC., 650 CALIFORNIA STREET, fLORR #12, San Francisco, CA 94108-2716 |
| 12760187 | + | EDI: CAPITALONE.COM | Nov 01 2025 04:20:00 | CAPITAL ONE BANK USA NA, P.O. BOX #30281, Salt Lake City, UT 84130-0281 |
| 12760179 | + | Email/Text: AOBusOfc@clarkcountynv.gov | Nov 01 2025 00:25:00 | CLARK COUNTY ASSESSOR, 500 S. GRAND CENTRAL PARKWAY, 2ND FLOOR, Las Vegas, NV 89155-4502 |
| 12760188 | ^ | MEBN | Nov 01 2025 00:20:45 | CLARK COUNTY COLLECTION SERVICE, ATTN: BANKRUPTCY, 8860 W. SUNSET ROAD, #100, Las Vegas, NV 89148-4899 |
| 12760180 | | Email/Text: Trbank@clarkcountynv.gov | Nov 01 2025 00:25:00 | CLARK COUNTY TREASURER, 500 S. GRAND CENTRAL PARKWAY, P.O. BOX #551220, Las Vegas, NV 89155-1220 |
| 12760182 | | EDI: NEVDETR | | |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: 309A | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 01 2025 04:20:00 | EMPLOYMENT SECURITY DIVISION, 500 E. THIRD STREET, Carson City, NV 89713-0030 |
| 12760181 | + | EDI: IRS.COM | Nov 01 2025 04:20:00 | INTERNAL REVENUE SERVICE, 110 CITY PARKWAY, Las Vegas, NV 89106-6085 |
| 12760194 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 01 2025 00:25:00 | MERCURY / FBT, ATTN: BANKRUPTCY, P.O. BOX #84064, Columbus, GA 31908-4064 |
| 12760195 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2025 00:26:00 | MIDLAND CREDIT, P.O. BOX #939069, San Diego, CA 92193-9069 |
| 12760196 | + | Email/Text: jlothrop@macu.com | Nov 01 2025 00:25:00 | MOUNTAIN AMERICA CREDIT UNION, ATTN: BANKRUPTCY, 9800 S. MONROE STREET, Sandy, UT 84070-4419 |
| 12760197 | + | Email/Text: jlothrop@macu.com | Nov 01 2025 00:25:00 | MOUNTIAN AMERICA CREDIT UNION, ATTN: BANKRUPTCY, 9800 S. MONROE STREET, Sandy, UT 84070-4419 |
| 12760198 | + | Email/Text: bankruptcy@nationalcreditsystems.com | Nov 01 2025 00:25:00 | NATIOAL CREDIT SYSTEMS INC, P.O. BOX #672288, Marietta, GA 30006-0039 |
| 12760183 | | Email/Text: tax-bankruptcy@tax.state.nv.us | Nov 01 2025 00:26:00 | NV DEPARTMENT OF TAXATION, BK SECTION, 555 E. WASHINGTON, #1300, Las Vegas, NV 89101-1046 |
| 12760200 | | EDI: SYNC | Nov 01 2025 04:20:00 | PAYPAL CREDIT, P.O. BOX #71707, Philadelphia, PA 19176-1707 |
| 12760199 | | EDI: SYNC | Nov 01 2025 04:20:00 | PAYPAL CREDIT, P.O. BOX #71718, Philadelphia, PA 19176-1718 |
| 12760201 | + | Email/Text: bkclerk@plusfourinc.com | Nov 01 2025 00:26:00 | PLUSFOUR INC, ATTN: BANKRUPTCY, 2600 PASEO VERDE PARKWAY, #101, Henderson, NV 89074-7165 |
| 12760202 | | EDI: PRA.COM | Nov 01 2025 04:20:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD., #1, Norfolk, VA 23502 |
| 12760203 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 01 2025 00:26:00 | SANTANDER CONSUMER USA INC, ATTN: BANKRUPTCY, P.O. BOX #961245, Fort Worth, TX 76161-0244 |
| 12760204 | | Email/Text: bankruptcy@springoakscapital.com | Nov 01 2025 00:25:00 | SPRING OAKS CAPITAL LLC, P.O. BOX #1216, Chesapeake, VA 23327 |
| 12760184 | | Email/Text: mcrevenue@dmv.nv.gov | Nov 01 2025 00:26:00 | STATE OF NV DEPT OF MOTOR VEHICLES, ATTN: LEGAL DEPT., 555 WRIGHT WAY, Carson City, NV 89711-0002 |
| 12760205 | | EDI: SYNC | Nov 01 2025 04:20:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, P.O. BOX #960013, Orlando, FL 32896-0013 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Douglas Roberts |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0978-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 31, 2025 | Form ID: 309A | Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2025        Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** WENDY KATHLEEN REGGE<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3608<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of Nevada | Date case filed for chapter: 7  10/30/25 | |
| Case number: 25–16501–abl | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | WENDY KATHLEEN REGGE | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3929 NARROW CANYON STREET<br>LAS VEGAS, NV 89129 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID MINCIN<br>MINCIN LAW, PLLC<br>7465 W. LAKE MEAD BOULEVARD, #100<br>LAS VEGAS, NV 89128 | Contact phone 702–852–1957<br>Email: dmincin@mincinlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TROY S. FOX<br>FOX, IMES AND CROSBY, LLC<br>601 S. 10TH ST.<br>SUITE 202<br>LAS VEGAS, NV 89101 | Contact phone 702–382–1007 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **WENDY KATHLEEN REGGE**                                                                                          Case number **25–16501–abl**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 10/30/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 3, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 316 314 8686, and Passcode 1155997733, OR call 1 725 237 2401** |
| | **For additional meeting information, go to www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/2/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                           page **2**