RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
ryan@ryanalexander.com
*Attorney for Creditor Douglas Roberts*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WENDY KATHLEEN REGGE,<br><br>Debtor. | Case No.: 25-16501-ABL<br>Honorable Judge Landis<br>Chapter 7<br><br>**STIPULATION LIFTING AUTOMATIC STAY REGARDING INSURANCE PROCEEDS** |

Creditor, DOUGLAS ROBERTS ("ROBERTS"), by and through his attorney of record, Ryan Alexander, and WENDY KATHLEEN REGGE ("Debtor"), by and through her attorney of record, David Mincin, acknowledge the claim of ROBERTS against Debtor arising from a personal injury matter that occurred on or about August 24, 2022. ROBERTS alleges that he rented a room from the Debtor in her home that was managed by FIRSTKEY HOMES, LLC, for rental for thirty (30) days, through online reservation service Air BNB. ROBERTS further alleges that the relationship between Debtor and ROBERTS deteriorated, and that there currently exists two litigation cases between the parties that have been reduced to judgment: (1) Las Vegas Justice Court Case No. 22E036838 ("Eviction Matter"); and (2) Eighth Judicial District Court Case No. A-24-900838-C ("Negligence Matter").

The parties agree to the following terms:

**IT IS THEREFORE STIPULATED THAT:**

1. The stay under 11 U.S.C. §362 is lifted in part as to CREDITOR ROBERTS' claims so that Creditor ROBERTS can attempt to recover a settlement of the Negligence Matter and Eviction Matter from Air BNB, "AIRCOVER INSURANCE" and/or applicable insurance coverage;

2. All the undersigned parties consent to lifting the automatic stay.

WHEREFORE, Creditor and Debtor jointly ask the Court to enter an order lifting the automatic stay imposed pursuant to 11 U.S.C. §362 as to DOUGLAS ROBERTS, for the purpose of recovering insurance proceeds.

| | |
|---|---|
| Dated this 16th day of December, 2025<br>RYAN ALEXANDER, CHTD.<br><br>*(signature)*<br>RYAN ALEXANDER<br>Nevada Bar No. 10845<br>*Attorney for Creditor Douglas Roberts* | Dated this 16th day of December, 2025<br>MINCIN LAW, PLLC<br><br>*/s/ David Mincin*<br>David Mincin, Esq.<br>Nevada Bar No. 5427<br>*Attorney for Debtor* |